HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHIRLEY LACY,<br><br>               Plaintiff,<br><br>  v.<br><br>KAREN VILLENEUVE,<br><br>               Defendant. | NO. CV03-2442JLR<br><br>PROTECTIVE ORDER RELATING TO DOCUMENTS SUBMITTED BY THE WASHINGTON STATE PATROL FOR IN CAMERA REVIEW |

The court having conducted an in camera review of the documents submitted by the Washington State Patrol (WSP) pursuant to the court's March 7, 2005 order to do so; and having considered the briefing of the parties on this issue as well as the records and files herein; now, therefore, it is hereby ORDERED:

    1.    The documents shall be treated as "confidential information."

    2.    Personal information such as home addresses, dates of birth, social security numbers, driver's license numbers, and bank account information may be redacted from the documents before they are provided to counsel.

    3.    The documents shall be used only in the above referenced case and shall not be further disclosed.

ORDER    1

1     4.    The documents shall only be used by counsel for Plaintiff or for Defendant. Plaintiff's counsel shall not show them to Plaintiff or discuss them with Plaintiff until Plaintiff has provided Defendant with an affidavit in which she acknowledges receipt of this protective order and her agreement to abide by its terms. Counsel may not further disclose the documents except as is necessary to those employees engaged in assisting counsel in the preparation of for trial of this matter, and to any experts or litigation consultants. Any such experts or consultants must agree to be bound by the terms of this protective order.

    5.    The documents and any copies thereof shall be returned or destroyed upon the conclusion of this case and the expiration of the time for direct review.

    6.    All documents governed by this protective order that are subsequently filed with the court shall be kept by the clerk under seal and shall be made available only to the court and to persons authorized by the terms of this order to have access to them. The person filing any documents covered by this protective order shall designate to the clerk that the document is subject to this order and shall inform the clerk that the document are to be kept under seal.

DATED this 25th day of April, 2005.

_____
JAMES L. ROBART
United States District Judge